# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2688
_____

JOHN R. WALLACE and JULIA
WARD STEIN,

    Appellants,

    v.

ENI, LLC,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.


May 15, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Evan B. Berger of Becker & Poliakoff, Fort Lauderdale, for Appellants.

No appearance for Appellee.